## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

BERRY MORROW,
ADC #143835                                                      PLAINTIFF

V.                              5:13CV00135 BSM/JTR

WILLIAM STRAUGHN, Warden,
Maximum Security Unit, ADC, et al.                   DEFENDANTS

### ORDER

Plaintiff has filed a second Motion seeking an extension of the discovery deadline. *Doc. 32.* The Court has previously granted Plaintiff a sixty day extension to complete discovery. *Doc. 29.* Thus, Plaintiff will be given a final thirty days to complete discovery.

IT IS THEREFORE ORDERED THAT:

1.     Plaintiff's second Motion for an Extension of Time (*Doc. 32)* is GRANTED.

2.     The discovery deadline is extended until **March 10, 2014,** and the dispositive motion deadline is extended until **April 8, 2014.**

Dated this 7th day of February, 2014.

_____
UNITED STATES MAGISTRATE JUDGE